# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DREW,<br><br>Plaintiff,<br><br>v.<br><br>GALLOWAY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00720-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 10) |

Plaintiff Michael Drew ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On June 10, 2026, the Court screened Plaintiff's complaint and granted him leave to file a first amended complaint or notice of voluntary dismissal. (ECF No. 7.) On July 22, 2026, the Court granted Plaintiff an extension of time to amend his complaint or file a notice of voluntary dismissal. (ECF No. 9.)

Currently before the Court is a request for voluntary dismissal, signed by Plaintiff on August 2, 2026, and filed on August 7, 2026. (ECF No. 10.) Plaintiff states that he would like to pull his claim until he can access a law library and that he wishes to voluntarily dismiss his claim. (*Id.*)

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and

citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078. No defendant has been served in this action, and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated, without prejudice, by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 11, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE